BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2739
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAR 2 7 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:13-SW-556-DAD |
|---|---|
| 730 Oak Avenue # A, Woodland, CA and Vehicles located at or near the premises | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: March 27, 2014

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge